IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

F I L E D
JUN 13 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| THE GEORGE WASHINGTON UNIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> - vs - ) <br> ) <br> JOHN DOES; JANE DOES; and ) <br> ABC COMPANIES, ) <br> ) <br> Defendants. ) | Civil Action Number 1:07cv555 |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Withhold Service of Complaint and Summons in the above-captioned case, and it appearing to the satisfaction of the Court that good cause exists therefore it is on this 13 day of June 2007

ORDERED, that the Motion for Leave to Withhold Service of Complaint and Summons is GRANTED and it is

FURTHER ORDERED that the Plaintiff shall be permitted to withhold service until the identity and address of the Defendants John Does, Jane Does and ABC Companies are discovered, but no longer than 120 days after the Complaint was filed in the above-captioned case.

IT IS SO ORDERED.

/s/
Barry R. Poretz
United States Magistrate Judge

_____
Judge, United States District Court

Dated: 6/13/07, 2007

DC1 30201322.1